IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

|   |   |
|---|---|
| MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION,<br><br>Plaintiffs,<br><br>vs.<br><br>MICROSOFT CORPORATION,<br>Defendant. | Civil Action No.   10-cv-699<br><br>District Judge William M. Conley<br>Magistrate Judge Stephen L. Crocker |

**DEFENDANT'S NOTICE OF MOTION AND
MOTION TO DISMISS, STAY OR,
IN THE ALTERNATIVE, TRANSFER VENUE**

Microsoft Corporation ("Microsoft"), by and through its counsel, hereby respectfully moves this Court for an order dismissing Motorola Mobility, Inc. and General Instrument Corporation's (collectively, "Motorola") complaint on the basis that it asserts claims that are compulsory counterclaims in Microsoft's pending suit (2:10-cv-1823) against Motorola in the Western District of Washington.[1]   The prior-filed Washington suit involves facts and legal disputes that are central to and would require resolution before Motorola could receive any relief in this case.  Even if plaintiffs' claims were not compulsory counterclaims such that this case should be dismissed or stayed, the Court should in the alternative transfer this case to the Western District of Washington pursuant to 28 U.S.C. § 1404, because the Western District of

---

[1] This motion is directed to Motorola's first suit (No. 10-cv-699) (the "699 Case"), which identifies U.S. Patent Nos. 7,310,374 (the "'374 patent"), 7,310,375 (the "'375 patent"), and 7,310,376 (the "'376 patent").  (699 Case, Complaint) (Docket No. 1.)  Motorola's second suit (10-cv-700) (the "700 Case") identifies U.S. Patent Nos. 6,980,596 (the "'596 patent"), 7,162,094 (the "'094 patent"), 5,319,712 (the "'712 patent"), 5,357,571 (the "'571 patent"), 6,686,931 (the "'931 patent"), and 5,311,516 (the "'516 patent").  (700 Case, Complaint) (Docket No. 1.)  Microsoft has filed a separate motion in the second suit.

Washington hosts a first-filed action involving the same underlying facts and subject matter and also is a more convenient venue.

The complete bases for the relief sought are set forth with particularity in the accompanying Memorandum in Support.

Dated this 20th day of December, 2010.

                                   **MICHAEL BEST & FRIEDRICH, LLP**

                                   By:   s/J. Donald Best
                                          J. Donald Best, SBN 1012450
                                          Christopher C. Davis, SBN 1064764
                                          P. O. Box 1806
                                          Madison, WI  53701-1806
                                          Tel:      (608) 257-3501
                                          Fax:      (608) 283-2275
                                          Email:   jdbest@michaelbest.com
                                                            ccdavis@michaelbest.com

                                          Charles J. Crueger, SBN 1029825
                                          100 East Wisconsin Avenue, Suite 3300
                                          Milwaukee, WI  53202
                                          Tel:      (414) 271-6560
                                          Fax:      (414) 277-0656
                                          Email:   cjcrueger@michaelbest.com

                                   *Attorneys for Defendant*
                                   *Microsoft Corporation*

Of Counsel:

David T. Pritikin
*dpritikin@sidley.com*
Richard A. Cederoth
*rcederoth@sidley.com*
Douglas I. Lewis
*dilewis@sidley.com*
John W. McBride
*jmcbri01@sidley.com*
**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, Illinois 60603
(312) 853-7000

T. Andrew Culbert
*andycu@microsoft.com*
David E. Killough
*davkill@microsoft.com*
**MICROSOFT CORPORATION**
1 Microsoft Way
Redmond, Washington 98052
Telephone: 425-703-8865
Facsimile: 425-869-1327