IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION,<br><br>Plaintiffs,<br><br>vs.<br><br>MICROSOFT CORPORATION,<br>Defendant. | Civil Action No. 10-cv-699<br><br>District Judge William M. Conley<br>Magistrate Judge Stephen L. Crocker |

**DEFENDANT'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS UNDER RULE 12(b)(6)**

Motorola has filed a new Amended Complaint in this case. Microsoft will respond to that complaint as required by the rules. Microsoft agrees that the instant motion is moot because the complaint that was the subject matter of this motion has been superseded.

Microsoft asks the Court to dismiss the instant motion without prejudice to Microsoft's right to file any similar motion with respect to the Amended Complaint or any later complaint, if appropriate. Microsoft also notes that the Amended Complaint does not change any of the issues in its co-pending "Motion To Dismiss, Stay Or, In The Alternative, Transfer Venue," ECF No. 19.

Dated this 21st day of January 2011.

            **MICHAEL BEST & FRIEDRICH LLP**

            By: /s/ J. Donald Best
              J. Donald Best, SBN 1012450
              John C. Scheller, SBN 1031247
              Christopher C. Davis, SBN 1064764
              P.O Box 1806
              Madison, Wisconsin 53701-1806
              Tel: (608) 257-3501
              Fax: (608) 283-2275
              Email: *jdbest@michaelbest.com*
                  *jcscheller@michaelbest.com*
                  *ccdavis@michaelbest.com*

              David T. Pritikin
              *dpritikin@sidley.com*
              Richard A. Cederoth
              *rcederoth@sidley.com*
              John W. McBride
              *jwmcbride@sidley.com*
              SIDLEY AUSTIN LLP
              One South Dearborn
              Chicago, Illinois  60603
              Tel. (312) 853-7000

              *Attorneys for Defendant*
              *Microsoft Corporation*

*Of Counsel:*

Douglas I. Lewis *(pro hac vice to be filed)*
*dilewis@sidley.com*
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois  60603
Tel. (312) 853-7000

T. Andrew Culbert
*andycu@microsoft.com*
David E. Killough
*davkill@microsoft.com*
**MICROSOFT CORPORATION**
1 Microsoft Way
Redmond, Washington 98052
Tel. (425) 703-8865

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on the 21st day of January, 2011, I electronically filed the foregoing document with the Clerk of the Court, using the CM/ECF system, which will automatically send email notification of such filing to all counsel who have entered an appearance in this action.

      Respectfully submitted,

      /s/ J. Donald Best
      J. Donald Best